UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IOWA PORK PRODUCERS ASSOCIATION,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of Californi; et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>HUMANE SOCIETY OF THE UNITED STATES; et al.,<br><br>    Intervenor-Defendants - Appellees. | No. 22-55336<br><br>D.C. No. 2:21-cv-09940-CAS-AFM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

 The answering brief submitted on September 5, 2023 is filed.

 Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                                  FOR THE COURT:

                                                  MOLLY C. DWYER
                                                  CLERK OF COURT